IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WAYNE JORDAN,                                *

                                            *

        Plaintiff,                          *

v.                                          *        Civil Action No. __22-cv-01541__

DERECK E. DAVIS,                            *
STATE TREASURER, *et al.*,

                                            *

        Defendants.                         *

        *     *     *     *     *     *     *

## NOTICE OF REMOVAL

Defendants, Dereck E. Davis, State Treasurer ("Treasurer Davis"), the Maryland Department of Public Safety and Correctional Services ("DPSCS"), Robert L. Green, Secretary of DPSCS ("Secretary Green"), and Wayne Hill, Deputy Secretary of Operations of DPSCS ("DSO Hill") (collectively "Defendants"), by their attorneys, Brian E. Frosh, Attorney General of Maryland, and Michael O. Doyle, Merrilyn E. Ratliff, Assistant Attorneys General, pursuant to 28 U.S.C. §1446(a), hereby give notice of the removal to this Court of the cause of action entitled *Wayne Jordan v. Dereck E. Davis, et al.,* Circuit Court for Baltimore City, Maryland, No. 24-C-22-000129, and in support thereof state the following:

1.      The above-entitled matter is a civil action brought by Wayne Jordan. In his complaint, Mr. Jordan alleges that on or about January 10, 2019, while he was an inmate at the Eastern Correction Institution ("ECI"), an institution of the Maryland Division of

Correction ("DOC"), another inmate attacked him in the shower with a weapon, causing facial injuries and the loss of his right eye.  Compl. ¶¶ 23-24, 30-31. He further alleges that no ECI or DOC personnel were present in the area to respond to the incident and render him aid.  Compl. ¶ 25.  Mr. Jordan claims that DPSCS and ECI personnel were aware of the dangers presented to inmates by the shower area at ECI, but nevertheless failed to staff and monitor the area and failed to protect him from physical harm. Compl. ¶¶ 26-27.  Mr. Jordan also alleges he has not received appropriate medical treatment for his injuries. Compl. ¶ 31.   The complaint seeks damages and injunctive relief. Compl., pg. 21. Plaintiff's claims are brought under Maryland law (alleging violations of Articles 2, 16, 19, 24, 25 and 26 of the Maryland Declaration of Rights, negligence, and gross negligence) and the Eighth and Fourteenth Amendments of the United States Constitution pursuant to 42 U.S.C. § 1983 (alleging failure to protect and failure to train or supervise).

2. The removing parties, Treasurer Davis, Secretary Green, DSO Hill, and DPSCS, are named defendants in the above-entitled action.

3. On March 22, 2022, the above-entitled action (hereinafter, the "State court action") was commenced against the removing parties in the Circuit Court for Baltimore City, Maryland, and is now pending therein.[1]

---

[1] Plaintiff apparently attempted to initiate this action by filing a complaint in the Baltimore City Circuit Court on January 10, 2022, but that complaint was filed under a federal caption with a federal case number.  Plaintiff rectified this issue on or about March 22, 2022 by filing a corrected complaint and requested reissuance of the summonses.  *See* January 10, 2022, Complaint, attached as Exhibit 1.  *Compare* operative Complaint in the State court action, attached hereto as Exhibit 2.

4.      Services was accepted for Defendant Treasurer Davis in the State court action on May 24, 2022.  Copies of the Complaint and summons served on Treasurer Davis are attached hereto as Exhibits 2 and 3.  Other than the filing of the complaint and corrected complaint, the issuance of the summonses, the service of the summons and complaint on Treasurer Davis, and the June 2, 2022, issuance by the circuit court of notices of contemplated dismissal for lack of jurisdiction as to the remaining defendants, no proceedings have taken place in the Circuit Court for Baltimore City in the State court action as of the filing of this notice of removal.[2]

5.      This Court has original jurisdiction under 28 U.S.C. §1331 and §1343 and the State court action may therefore be removed to this Court under 28 U.S.C. §1441(a). This Court has supplemental jurisdiction of the state law claims asserted in the complaint under 28 U.S.C. §1367(a).

6.      By removal, Defendants do not waive any right to assert, or the protection of, any available constitutional, statutory, common law, or other provision that does, might, or could limit the Court's jurisdiction of the allegations of the Plaintiff's complaint or any proposed amendment thereto, including allegations of entitlement to relief thereunder.

7.      Copies of the complaint and the writ of summons directed toward Treasurer Davis in the above-entitled action are attached hereto as Exhibits 2 and 3 pursuant to Local Rule 103.5.

---

[2] Attached hereto as Exhibit 4 is a copy of the Notice of Filing Notice of Removal that will be filed in the Circuit Court for Baltimore City by Defendants.

8.     This notice is filed with this Court within 30 days after receipt of the summons and complaint directed to the removing parties in the above-entitled action. Defendants waive service as to Secretary Green, DSO Hill, and DPSCS, but do not waive service as to any other defendant named in the State court action.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

          /s/
MICHAEL O. DOYLE
Federal Bar No. 11291

          /s/
MERRILYN E. RATLIFF
Federal Bar No. 30034
Assistant Attorney General
6776 Reisterstown Road, Suite 311
Baltimore, Maryland  21215
(410) 585-3947 (Telephone)
(410) 484-5939 (Telefax)
E-mail:  michaelo.doyle@maryland.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2022, a copy of the foregoing Notice of Removal was served on counsel of record by electronic means.

          /s/
MICHAEL O. DOYLE
Assistant Attorney General